| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
January 12, 2017
David J. Bradley, Clerk

JAMES MICHAEL BEATTIE, §
§
    Petitioner, §
§
versus §    CIVIL ACTION H-16-2071
§
LORIE DAVIS, §
§
    Respondent. §

## Order of Adoption

On December 13, 2016, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (15). Petitioner filed objections (16). After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Beattie's petition for writ of habeas corpus is denied with prejudice.

Signed  01 · 12 · 17 , 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge